UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS HUDDLESTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN CHRISTNER TRUCKING, LLC,<br><br>    Defendant. | Case No. 4:17-cv-00549-GKF-FHM |

## NOTICE OF APPEARANCE

To the Clerk of this Court and to all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for opt-in Plaintiffs:

1    Salvador Ponce

2    Sergio M. Cuevas Soto

3    John Bright

4    David Podoll

5    Kenneth Snyder

6    Earl Sampson

7    Roland Dorman

8    June Shastid

9    Jeremy Musser

10    Brando Brewer

11    John Vanaken

12    Jami Boundinot

13    Anthony Boccardi

1

14    Daniel Snyder

15    Anthony Turner

16    Kenneth Kimbley

17    Shrandell Curry

18    Gary Lenihan

19    Helsie Vatthauer

20    Luther Starling

21    Sean Price

22    Matthew Barrette

23    Roy Martin

24    Terry Bailey

25    Eileen Fisher

26    Adrian Smith

27    Curtis Wiggins

28    Rodney Elwell

29    Robert Martin

30    Raymond Borja

31    Tom Spafford

32    Curtis Anderson

33    Judith Pratt

34    Bryan Wallace

35    Joel Lance Holbrook

36    Bradely Boardman

37    Robert James

38    Edward St Jude

39    Timothy Schaefer

40    Todd Harroun

41    Marcus Gillespie

42    Sidney Allen

43    Anthony Tennant

44    Denise Allen

45    Anthony Edwards

46    Neiko Gates

47    Don Voetberg

48    Maurice Brown

49    Charles Thomas

50    Erik Galloway

51    Phillip McWhorther

52    Germaine Willams

53    Steven Hines

54    Shawntale Strange

55    Joseph Rodriguez

56    Christian Clarke

57    Steven Walker

58    Anthony Conners

59    Wade Israel

60    Ramon Fontes

61    Ladell Richmond

62    Troyan Bedford

63    John McManess

64    Demetrius McQueen

65    Warren Ward

66    Toney Bynum

67    Juan Perez-Garcia

3

| | |
|---|---|
| 68 | Kamau Michael |
| 69 | Robert Thompson |
| 70 | Jaquon Dick |
| 71 | Kendall Corner |
| 72 | Jason Cree |
| 73 | Tifffany Havens-Guthrie |
| 74 | Shonee Jackson |
| 75 | Darvin Scott |
| 76 | Dennis Borrow |
| 77 | Cameron McDowell |
| 78 | Deaustin Nixon |
| 79 | Davey Davis |
| 80 | Virgil Jones |
| 81 | Juan Vidito |
| 82 | George Brannon |
| 83 | Franklin Breeden |
| 84 | Andrew Hampton |
| 85 | Terrance Washington |
| 86 | James Murphy |
| 87 | Wilbur Brown |
| 88 | Edward Judson |
| 89 | Cleaven Hunter |
| 90 | Joseph Heidelberg |
| 91 | Jacqueline Williams |
| 92 | Leroy Rushing |
| 93 | Adam Baker |
| 94 | James Bourland |

| | |
|---|---|
| 95 | Virgil Moran |
| 96 | Henry and Debbie Cherry |
| 97 | Robert Becker |
| 98 | Bobby Borkowski |
| 99 | Terry Hiatt |
| 100 | Billy Tyler |
| 101 | Martavius Smith |
| 102 | Rene Vega |
| 103 | Dennis Veyette |
| 104 | Jennifer Lynn |
| 105 | Matthew Proffer |
| 106 | Robert Williams |
| 107 | Clifton Hammock |
| 108 | Caleb Lavi |
| 109 | Terrance Webb |
| 110 | Gregory Robinson |
| 111 | Antwon Smith |
| 112 | Edgar Alarcon Jr. |
| 113 | Curtis Matthew |
| 114 | Joshua Malone |
| 115 | Randy Clark |
| 116 | Sandra Booker |
| 117 | Thomas Caffrey |
| 118 | Nathan Harvey |
| 119 | Joshua Corse |
| 120 | Aaron Covington |
| 121 | Brandon Logan |

| | |
|---|---|
| 122 | Douglas Meyer |
| 123 | Kelvin Harris |
| 124 | Jason LeJeune |
| 125 | William Dawdy |
| 126 | Earl Turner |
| 127 | Lowell Fenton |
| 128 | Cheryl Chub |
| 129 | Clyde Williams |
| 130 | Earl Johns |
| 131 | Peter Brown |
| 132 | Robert Garcia |
| 133 | Robert Quintin |
| 134 | Duane McConnell |
| 135 | Raymond Alcala |
| 136 | Heather George |
| 137 | Dan Crombie |
| 138 | Jacob Nielger |
| 139 | Leon Fells |
| 140 | John Cook |
| 141 | Ronald C. Chandler |
| 142 | Robert Grisby |
| 143 | Sean Underwood |
| 144 | William Bittner |
| 145 | Enrico Paolo Javier |
| 146 | Thomas Bohne III |
| 147 | Mariah Jenkins |
| 148 | Jerry Thomas |

| | |
|---|---|
| 149 | Keith Mansfield |
| 150 | Margaret Shick |
| 151 | Mushtag Zokari |
| 152 | Ryan Cooper |
| 153 | Darren Collins |
| 154 | Ellen Cannon |
| 155 | Michael Crowder |
| 156 | John Baker |
| 157 | David Mattingly |
| 158 | Ronald Conway |
| 159 | Shona Harless |
| 160 | Vernie Clifford Hudson, Jr. |
| 161 | Amie Moegelin |
| 162 | Ron Cooper |
| 163 | Ronald Almy Jr. |
| 164 | Charles Goldman |
| 165 | Homer Barrett |
| 166 | Mark Soukup |
| 167 | Irmantas Petravicius |
| 168 | Anthony Barton |
| 169 | James Daniels |
| 170 | Jessie Chesteen |
| 171 | Robert Roberts |
| 172 | Jamie Salisbury |
| 173 | Victor Francois |
| 174 | Eric Nation |
| 175 | Paul Carroll |

176    David Piearcy

177    Gene Aldridge

178    Wesley Wells

179    Ritchie King

180    Phillip Hester

181    Norman Vann

182    Jason Gato

183    William Walters

184    Suzanna Maria Canchola

185    Matthew Beck

186    William Brunelle

187    Lawrence McKinney

188    Patrick Ceiga

189    Angela Williams

190    Richard Owens

191    George Cross

192    Robert Lake

193    Ronald Catoe

194    Ronald Stevens

195    Dax James

196    Kenzie Townsend

197    Shannon Carson

198    Larry Stapp

199    Cameron Carignan

200    Maurice Morehead

201    James D. Ellis

202    John Williams

| 203 | Terrance Hardy |
| 204 | John D. Graves Jr. |
| 205 | David Hairston |
| 206 | Dante R. Goins Sr. |
| 207 | George Nelson Miller |
| 208 | Dennis Vanmeter |
| 209 | David H. Waldron |
| 210 | Christopher Dover |
| 211 | Adrain Smith |
| 212 | Corrye Andrews |
| 213 | Luther N. Hines |
| 214 | Mark Simpkins |
| 215 | Ruben Smith |
| 216 | William Hull |
| 217 | Melissa Hamilton |
| 218 | James Jackson |
| 219 | John Keith Thompson Sr. |
| 220 | Jonathan Lee |
| 221 | Eric S. Peach |
| 222 | Erick Reid |
| 223 | Christopher Jordan |
| 224 | Charles V. Rodgers |
| 225 | Joe E. Hill |
| 226 | Garry G. Pace |
| 227 | Robert A. Wilkowski |
| 228 | Michael Fields |
| 229 | Juan Gomez-Rosa |

230   Andy Jensinger

231   Clinton Bready

232   Stanley Brown

233   Joseph Sherman

234   John Leija

235   Jeff Ford

236   Jason Jenkins

237   Charles Schreckenbach

238   Anthony Matuzak

239   Randal Light

240   David Mattingly

241   Richard A. Cox

242   John C. Holder

243   Wayne McCann

244   Willie Bell

245   Vernon Hawthorne

246   Al Rasheed Baskerville

247   Galen D. Cronin

248   David Morton

249   Steven Mason

250   Daniel Bayless

251   Taurean Morsell

252   Gary Garrett

253   Michael K. Akins

254   Deon Redd

255   Damon C. Gaudet

256   Marcial Zambrano

257    Harry Aldridge

258    Allen F. Brush, Jr.

259    Jonathan Endicott

260    Ricky E. Franklin

261    Tony Carlos Kimble

262    Mickey Landrum

263    John Damron

264    Antonhy Rice

265    Mitchel Hall

266    DeAunte Hale

267    Willie J. Rogers, Jr.

268    Frank A. Smith

269    Richard Cook

270    Abelardo Durazo Jr.

271    Ivan French

272    LeBarron Coates

273    Arman Ghevondyan

274    Earl Eugene Boen Jr.

275    Gavin O'Connor-Keene

276    Kyle Holder

277    Clarence Nathan

278    Ryan Whitehead

279    Victor Foreman

280    Garret K. Taft

281    Jason W. MacDonald

282    Bryna Content-Watkins

283    David E. Dennis

284   James Franklin

285   Kelly Davis

286   Catherine Tijerina

287   Richard Steen

288   Ira Smith

289   Andre Story

290   Marcus Barkley

291   Michael C. Paugh

292   Johnathan R. Jenkins

293   Daren Farr

294   Curtis L. Lewis

295   Dale Johnson

296   Brian Wagner

297   Eddie Smith III

298   Bobby Sloan

299   David Tucker

300   Ivan Fletcher II

301   Ramiro Ramirez

302   Cynthia Redding

303   John Pettigrew

304   Vincent Howard

305   Richard Budin

306   Robert Moore

307   Joseph Steele

308   Alice Byrd

Dated this 10th day of July, 2018.

Respectfully submitted,

 */s/ David C. Leimbach*_____
David C. Leimbach
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2018, I electronically submitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Eckhart
Angela S. Cash
Bobby L. Latham, Jr.
Cheryl Anne Jackson
Megan E. Ross
Alaina Catherine Hawley
Michael J. Blaschke
Rachel Lawrence Mor
Carolyn H. Cottrell
Robert S. Boulter

*/s/ David C. Leimbach*_____