UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS HUDDLESTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN CHRISTNER TRUCKING, LLC,<br><br>    Defendant. | Case No. 4:17-cv-00549-GKF-FHM |

# NOTICE OF ERRATA CORRECTION REGARDING DECLARATION OF CAROLYN H. COTTRELL IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL<br>OF CLASS AND COLLECTIVE ACTION SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Thomas Huddleston, ("Plaintiff"), hereby respectfully submits this Notice of Errata. On June 17, 2022, Plaintiff filed his Unopposed Motion to Approval of Class and Collective Action Settlement, including the accompanying Declaration of Carolyn H. Cottrell ("Cottrell Declaration") (See ECF No. 269). Exhibit A was inadvertently excluded from the filing of the Cottrell Declaration.

A true and correct copy of Exhibit A is attached hereto as **Exhibit 1**.

Dated: June 21, 2022

Respectfully submitted,

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell (admitted *pro hac vice*)
David C. Leimbach (admitted *pro hac vice*)
Michelle S. Lim (admitted *pro hac vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
mlim@schneiderwallace.com


Robert S. Boulter (admitted *pro hac vice*)
LAW OFFICES OF ROBERT S. BOULTER
1101 Fifth Avenue, Suite 235
San Rafael, California 94901
Telephone: (415) 233-7100
Facsimile: (415) 233-7101
rsb@boulter-law.com

Attorneys for Plaintiff, the putative Class and Collective